```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 12-02948-RNO
Shawn Paugh                                                     Chapter 13
Rebecca Paugh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: JGoodling           Page 1 of 1           Date Rcvd: May 10, 2017
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
4179435        +HSBC Bank USA, N.A.,    Mortgage Service Center,   One Mortgage Way,   Mt. Laurel, NJ 08054,
                 Mailstop: SV 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    HSBC Bank USA, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    HSBC Bank USA, N.A. ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Jackie J DeArmond    on behalf of Debtor Shawn  Paugh bernadette.dearmondlaw@gmail.com
              Jackie J DeArmond    on behalf of Joint Debtor Rebecca  Paugh bernadette.dearmondlaw@gmail.com
              James  Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Shawn  Paugh general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Rebecca  Paugh general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Marisa Myers Cohen    on behalf of Creditor    HSBC Bank USA, N.A. Mcohen@mwc-law.com
              Steven B Kantrowitz    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com,
               wambler@kantrowitzlaw.com
              Toyota Motor Credit Corporation     Valerie_Sato@toyota.com,  Nicole_Rivas@toyota.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-02948-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Shawn Paugh
1212 Wogan Road
York PA 17404

Rebecca Paugh
1212 Wogan Road
York PA 17404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/09/2017.

Name and Address of Alleged Transferor(s):

Claim No. 14: HSBC Bank USA, N.A., Mortgage Service Center, One Mortgage Way, Mt. Laurel, NJ 08054, Mailstop: SV-01

Name and Address of Transferee:

Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 752161-9741
Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 752161-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/12/17

Terrence S. Miller
**CLERK OF THE COURT**