```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-02948-RNO
Shawn Paugh                                                     Chapter 13
Rebecca Paugh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: CKovach      Page 1 of 1      Date Rcvd: Nov 29, 2017
                          Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
db/jdb         +Shawn Paugh,    Rebecca Paugh,    1212 Wogan Road,    York, PA 17404-1714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    HSBC Bank USA, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    HSBC Bank USA, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jackie J DeArmond    on behalf of Debtor 1 Shawn  Paugh bernadette.dearmondlaw@gmail.com
              Jackie J DeArmond    on behalf of Debtor 2 Rebecca  Paugh bernadette.dearmondlaw@gmail.com
              James  Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 2 Rebecca  Paugh general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 1 Shawn  Paugh general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Marisa Myers Cohen    on behalf of Creditor    HSBC Bank USA, N.A. Mcohen@mwc-law.com
              Steven B Kantrowitz    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com,
               wambler@kantrowitzlaw.com
              Toyota Motor Credit Corporation     Valerie_Sato@toyota.com, Nicole_Rivas@toyota.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Shawn Paugh<br>1212 Wogan Road<br>York, PA 17404<br><br>Rebecca Paugh<br>aka Rebecca Eytchison<br>1212 Wogan Road<br>York, PA 17404 | Chapter 13<br>Case No. 1:12−bk−02948−RNO |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3330
xxx−xx−5507

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 29, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CKovach, Deputy Clerk